**Paul David KATEKARU,
Plaintiff–Appellant,**

v.

**Cameron EGAN, Officer; Greg Bryant,
Sergeant; Terri Cipolla Round; City of
Lee's Summit, Missouri, Defendants–
Appellees.**

No. 15–3662

United States Court of Appeals,
Eighth Circuit.

Submitted: October 31, 2016

Filed: November 3, 2016

Paul D. Katekaru, Lee's Summit, MO,
pro se.

David S. Baker, Fisher, Patterson, Say-
ler & Smith, LLP, Kansas City, MO, for
appellees.

Before SMITH, BENTON, and
SHEPHERD, Circuit Judges.

PER CURIAM.

Paul Katekaru appeals after the district
court[1] adversely granted summary judg-
ment on two of his claims, dismissed a
third claim without prejudice for lack of
standing, and denied his post-judgment
motion under Federal Rule of Civil Proce-

dure 59(e). After carefully reviewing the
record, and parties' arguments on appeal,
we find no basis to reverse. See Brooks v.
Roy, 776 F.3d 957, 959–60 (8th Cir. 2015)
(grant of summary judgment reviewed de
novo); Hodak v. City of St. Peters, 535
F.3d 899, 903 (8th Cir. 2008) (determina-
tion as to plaintiff's standing reviewed de
novo); United States v. Metro. St. Louis
Sewer Dist., 440 F.3d 930, 933–34 (8th Cir.
2006) (denial of Rule 59(e) motion reviewed
for abuse of discretion). Accordingly, we
affirm. See 8th Cir. R. 47B.

---

1. The Honorable Greg Kays, Chief Judge,
United States District Court for the Western
District of Missouri.